```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/22/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-                                                          17-CR-631-05 (PAE)

MICHAEL ADJEI,                                               ORDER

Defendant.

------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      For the reasons stated at yesterday's hearing, the Court declines to remand Mr. Adjei at this time. In addition to the existing conditions of release, the Court directs that Mr. Adjei appear in person at the Pretrial Services Department, including to permit the taking of additional urinalysis tests, twice, before his self-surrender date of September 13, 2018. He is to appear once next week and once the following week, on dates and times set by the Pretrial Services Department. Absent direction from the Pretrial Services Department, Mr. Adjei shall report for testing on August 29, 2018 and September 5, 2018. The Pretrial Services Department shall also notify the Court, forthwith, of any additional violations by Mr. Adjei of the terms of his release.

      SO ORDERED.

Dated: August 22, 2018
      New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge