UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MICHAEL ADJEI,

Defendant.

17-CR-631-05 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

It is hereby ORDERED that, upon consent of the parties in this matter, the term of supervised release for the defendant, Michael Adjei, is extended for six months from December 10, 2019 until June 10, 2020, with the same terms and special conditions of supervised release currently in effect.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 9, 2019
       New York, New York