**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 3, 2020

**BY ECF AND EMAIL**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Michael Adjei*, 17 Cr. 631 (PAE)

Dear Judge Engelmayer:

    The Government writes, with the consent of counsel for Mr. Adjei, to request that the Court adjourn the violation hearing in the above-captioned matter, currently scheduled for June 9, 2020 at 10:00, to August 13, 2020 at 11:00 a.m., which time the parties understand is convenient for the Court.

    An adjournment would allow the parties to continue negotiating a resolution to this matter and avoid unnecessary travel and meetings during the ongoing Covid-19 pandemic.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:    /s/
    Sheb Swett
    Assistant United States Attorney
    Southern District of New York
    (212) 637-6522

**GRANTED.** The conference is adjourned to August 13, 2020 at 11:00 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 179.

cc:    Jeremy Schneider (by ECF)